# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130488

JANET ROEBUCK-WAGNER and DAVID
WAGNER,
          Plaintiffs-Appellees,

v

DENNIS W. GREEN, D.P.M. and
PROFESSIONAL FOOT & ANKLE
CENTER, P.C.,
          Defendants-Appellants.

SC: 130488
COA: 262754
Genesee CC: 02-074351-NH

_____/

On order of the Court, the application for leave to appeal the January 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2006

Clerk

d1129